UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIARA CALVACCA, Individually and as an Administratrix of the Estate of PHILIP ERIC MATZEN, JR., Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>KIDS II, INC.,<br><br>Defendant. | Civil Action No.: 2:21-cv-01503-GRB-ARL |

### NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed Affidavit of Movant in support of this Motion and the Certificates of Good Standing annexed thereto, I, Christopher R. Carton, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Bowman and Brooke and a member in good standing of the bars of the States of Minnesota, North Dakota and Montana, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Kids II, Inc.. There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  April 22, 2021

BOWMAN AND BROOKE LLP

*/s/ Christopher R. Carton*
Christopher R. Carton, Esq.
317 George Street, Suite 320
New Brunswick, NJ 08901
(201) 577-5176
chris.carton@bowmanandbrooke.com
*Attorneys for Defendant Kids2, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing with the Clerk of Court and the following counsel of record using the court's e-file system and U.S. Mail:

>Mordecai T. Schwartz, Esq.
>SCHWARTZ GOLDSTONE CAMPISI & KATES, LLP
>90 Broad Street, Suite 403
>New York, NY  10004

Dated this 22nd day of April 2021.

>/s/ *Christopher R. Carton*
>Christopher R. Carton, Esq.