UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIARA CALVACCA, Individually and as an Administratrix of the Estate of PHILIP ERIC MATZEN, JR., Deceased,<br><br>   Plaintiff,<br><br>vs.<br><br>KIDS II, INC.,<br><br>   Defendant. | Civil Action No.: 2:21-cv-01503-GRB-ARL |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

  I, Alana K. Bassin, being duly sworn, hereby depose and say as follows:

  1. I am an attorney with the law firm of Bowman and Brooke LLP, 150 South Fifth Street, Suite 3000, Minneapolis, Minnesota 55402, Phone: (612) 339-8682.

  2. I submit this Affidavit in Support of my Motion for admission to practice *pro hac vice* in the matter captioned above.

  3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the States of Minnesota, North Dakota and Montana.

  4. There are no pending disciplinary proceedings against me in any state or federal court.

  5. I have not been convicted of any felony.

  6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

  7. My Attorney Registration Number for Minnesota is 0266589, North Dakota is 05449, and Montana is 54486542.

8. Wherefore, your Affiant respectfully submits that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case for Kids II, Inc.

Dated: April 22, 2021

                                                        Alana K. Bassin
BOWMAN AND BROOKE LLP
150 S. Fifth Street, Suite 3000
Minneapolis, MN 55402
(612) 339-8682
alana.bassin@bowmanandbrooke.com

Subscribed and sworn to before me
This 22nd day of April 2021.

Notary Public

KELLY M. MILLS
Notary Public
State of Minnesota
My commission expires
1/31/2025

2

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ALANA KIM BASSIN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 25, 1996

Given under my hand and seal of this court on

April 09, 2021

Emily J. Eschweiler, Director
Office of Lawyer Registration

# Supreme Court of North Dakota

**OFFICE OF THE CLERK**
600 E BOULEVARD AVE
BISMARCK ND 58505-0530
(701) 328-2221
supclerkofcourt@ndcourts.gov

CLERK OF THE SUPREME COURT
PETRA H. MANDIGO HULM

CHIEF DEPUTY CLERK
MEAGEN A. POWELL

IN THE SUPREME COURT )
STATE OF NORTH DAKOTA )

I, Petra H. Mandigo Hulm, Clerk of the Supreme Court within and for the State of North Dakota, do hereby certify that according to the records maintained in this office, Alana K. Bassin, North Dakota Bar Id. #05449, was duly admitted as an attorney and counselor of the Supreme Court of the State of North Dakota, the highest court of record in the State of North Dakota, on 09/27/1996; and is currently licensed to practice law, and as such authorized to appear in said Court and all State Courts of North Dakota; and that she has not been nor is currently the subject of any disciplinary proceedings, and, therefore, is a member in good standing.

The above information is provided pursuant to the provisions of Rule 6.1 of the North Dakota Rules for Lawyer Discipline.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Court, at the City of Bismarck, this 7th day of April, 2021.

Petra H. Mandigo Hulm
Clerk
North Dakota Supreme Court



www.ndcourts.gov

# Certificate of Membership

I, JILL DIVELEY, OF THE STATE BAR OF MONTANA, DO HEREBY CERTIFY

## Alana Kim Bassin

was admitted to the State Bar of Montana on May 28, 2019 and that her name currently appears on the Roll of Attorneys in this office as an active member in good standing*.

*Dated this 14h day of April 2021*

*This does not represent the records of the Office of Disciplinary Counsel, the agency in charge of discipline. To obtain verification or a statement of discipline please contact their office at P.O. Box 1099, Helena, MT 59624 or (406) 442-1648.